

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------X

JUAN HERAS for minor children

Adriana Coronel and Stalin Coronel,

    Plaintiff,

- against -

PAUL NOVACK, Jr.
District Director, US CIS
Eastern District Center,

    Defendant.
---------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

Civil Action
No. CV-05-1882

(Ross, J.)
(Gold, M.J.)

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that this action be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure. This dismissal is with prejudice.

Each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: New York, New York
October 20, 2005

Attorney for the Plaintiff

SPIRO SERRAS, ESQ.
Wilens & Baker, PC
450 Seventh Avenue
New York, New York 10123

Dated: New York, New York
October 21, 2005

Attorney for the Defendant

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
1 Pierrepont Plaza, Fourteenth Floor
Brooklyn, New York 11201

By: 
RONALD W. KISH
Special Assistant United States Attorney
(212) 264-3475

SO ORDERED:

Dated: Brooklyn, New York
October 26, 2005

HONORABLE ALLYNE R. ROSS
United States District Judge